Case 5:15-cv-00333-RP   Document 10   Filed 06/09/15   Page 1 of 1
Case 5:15-cv-00333-RP-HJB   Document 5-2   Filed 05/04/15   Page 5 of 5
Case 5:15-cv-00333-RP-HJB   Document 3-1   Filed 04/30/15   Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUBEN C. RAMIREZ, TDCJ# 1819361, § § Plaintiff, § § v. § § DOMINGUEZ UNIT SGT. FNU FEAZEL, § DOMINGUEZ UNIT CO FNU HARRIS, § DOMINGUEZ UNIT CO FNU RIVERA, § and DOMINGUEZ UNIT CO FNU MIZE, § § Defendants. § | SA-15-CA-333-RP (HJB) |

## ADVISORY TO THE CLERK OF COURT

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☑ **I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636.** The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ **I Do Not Consent to Proceed Before A United States Magistrate Judge.** The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge, and prefers that this case proceed before the District Judge.

By: _____
SIGNED BY: Pro Se Plaintiff or Defendant(s)' Attorney

6/9/15
DATE