IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RAMIREZ, RUBEN** <br> **TDCJ No. 1819361** <br> *Plaintiff.* <br><br> v. <br><br> **FEAZEL ET AL** <br> *Defendants.* | § § § § § § § § § § | **CIVIL ACTION No. 5:15-cv-333** |

**NOTICE OF DEFENDANTS' INITIAL DISCLOSURES**

Defendants Mariano Rivera, Matthew Mize, John Harris and Hurshal Feazel file this notice of their initial disclosures to Plaintiff, in accordance with Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Chief, Law Enforcement Defense Division

*Kimberly L. Kauffman          /s/*
**KIMBERLY L. KAUFFMAN**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24089255
Southern District ID # 2561085

**ATTORNEYS FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **KIMBERLY L. KAUFFMAN**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a correct copy of the foregoing **Notice of Defendants' Initial Disclosures,** in accordance with the Electronic Case Files System of the Western District of Texas, on **July 9, 2015**.

*Kimberly L. Kauffman      /s/*
**KIMBERLY L. KAUFFMAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **KIMBERLY KAUFFMAN**, Assistant Attorney General of Texas, certify that a correct copy of the foregoing **Notice of Defendants' Initial disclosures** has been served by placing same in the United States Mail, postage prepaid, on **July 9, 2015,** addressed to:

**Ruben Ramirez, 1819361**
**Polunsky Unit**
**1872 FM 350 South**
**Livingston TX 77351**

*Kimberly L. Kauffman     /s/*
**KIMBERLY L. KAUFFMAN**
Assistant Attorney General