IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUBEN RAMIREZ, | § | |
| TDCJ No. 1819361, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 5:15-cv-00333 |
| | § | |
| FEAZEL, *et al.* | § | |
|     *Defendants*. | § | |

**Defendants Feazel, Harris, Rivera, and Mize's
Alternative Dispute Resolution Report**

Defendants Hurshal Feazel, John Harris, Mariano Rivera, and Matthew Mize, by and through the Attorney General of the State of Texas, submit their Alternative Dispute Resolution (ADR) Report in accordance with Local Rule CV-88 and the Court's Scheduling Order. DE 16.

**A.  Status of Settlement Negotiations**

To date, the parties have not exchanged any written settlement offers in an attempt to settle this case.

**B.  Identify of Persons Responsible for Settlement Negotiations**

The following persons are responsible for settlement negotiations for each party:

For Plaintiff: Ruben C. Ramirez, *Pro Se*

For Defendants: Kimberly Kauffman, Attorney for Defendants

**C.  Evaluation of whether Alternative Dispute Resolution is Appropriate**

At this time, Defendants believe that ADR would not be appropriate.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Kimberly L. Kauffman*
**KIMBERLY L. KAUFFMAN**
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24089255
Kimberly.Kauffman@texasattorneygeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Office: (512) 463-2080 / Fax: (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**
**MIZE, RIVERA, FEAZEL, AND HARRIS**

## NOTICE OF ELECTRONIC FILING

I, **KIMBERLY L. KAUFFMAN**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a correct copy of the foregoing **Defendants Feazel, Harris, Rivera, and Mize's Alternative Dispute Resolution Report** in accordance with the Electronic Case Files system of the USDC - Western District of Texas, on August 7, 2015.

*/s/ Kimberly L. Kauffman*
**KIMBERLY L. KAUFFMAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **KIMBERLY L. KAUFFMAN**, Assistant Attorney General of Texas, certify that a true copy of the above **Defendants Feazel, Harris, Rivera, and Mize's Alternative Dispute Resolution Report** has been served by placing it in the United States Postal Service, postage prepaid, on August 7, 2015, addressed to:

Ruben C. Ramirez, TDCJ No. 1819361
TDCJ - Polunsky Unit
1872 FM 350 South
Livingston, TX 77351
*Plaintiff Pro Se*

*/s/ Kimberly L. Kauffman*
**KIMBERLY L. KAUFFMAN**
Assistant Attorney General