**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RUBEN RAMIREZ,** | § | |
| **TDCJ No. 1819361,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 5:15-cv-00333** |
| | § | |
| **FEAZEL,** *et al.*, | § | |
| *Defendants.* | § | |

---

**Defendants Feazel and Harris's Amended Answer**
**to Plaintiff's Original Complaint and Jury Demand**

---

Defendants Hurshal Feazel and John Harris, by and through the Attorney General of the State of Texas, file this Amended Answer in response to Plaintiff Ruben Ramirez's Original Complaint.

## General Denial

1.    Pursuant to Rule 8(b), and for the express purpose of requiring Plaintiff to meet his burden of proof herein, Defendants Feazel and Harris deny each and every allegation contained in Plaintiff's Complaint except those admitted to below.

## Specific Admissions and Denials

2.    Defendants Feazel and Harris admit that Plaintiff was an inmate confined to the custody of the Texas Department of Criminal Justice (TDCJ).

3.    Defendants Feazel and Harris admit that they were employed with TDCJ during the time relevant to Plaintiff's Complaint.

4.    Defendants Feazel and Harris admit that TDCJ is an agency of the State of Texas.

5.      Defendants Feazel and Harris contend that Plaintiff has not stated a claim upon which relief

can be granted under 42 U.S.C. § 1983 or under any other statute, constitutional theory, or

legal authority.

6.      Defendants Feazel and Harris deny that Plaintiff was denied any right, privilege, or

protection granted or secured by the Constitution or laws of the United States.

7.      Defendants Feazel and Harris contend that Plaintiff has failed to state a claim that amounts

to cruel and unusual punishment in violation of the Eighth Amendment.

8.      Defendants Feazel and Harris deny that they are liable for failing to protect the Plaintiff in

violation of the Eighth Amendment of the U.S. Constitution.

9.      Defendants Feazel and Harris deny that they acted individually or in concert with others to

engage in illegal conduct to injure Plaintiff.

10.     Defendants Feazel and Harris deny that they acted maliciously and sadistically for the very

purpose of causing harm to Plaintiff.

11.     Defendant Feazel and Harris deny that they acted in retaliation against Plaintiff.

12.     Defendants Feazel and Harris deny that Plaintiff is entitled to any relief demanded in his

Complaint, and further deny that Plaintiff is entitled to damages, attorney's fees, or costs

in any amount whatsoever.

## Affirmative Defenses and Immunities

13.     Defendants Feazel and Harris deny that Plaintiff may bring this suit without first exhausting

administrative remedies. Defendants Feazel and Harris will file a motion to dismiss for

failure to exhaust should it become evident that Plaintiff has failed his burden to properly

exhaust all administrative remedies.

14.     Defendants Feazel and Harris assert that, at all times relevant to this cause of action, they acted in their individual and official capacities as employees of TDCJ and with the good faith belief that their actions were proper under the Constitution and laws of the United States and the State of Texas.

15.     Defendants Feazel and Harris assert their entitlement to qualified immunity against the 42 U.S.C. § 1983 cause of action and any other federal claim asserted against them in their individual capacities.

16.     Defendants Feazel and Harris assert their entitlement to Eleventh Amendment immunity, which bars any claims for damages that may have been brought against them in their official capacities.

17.     Defendants Feazel and Harris assert their entitlement to sovereign immunity to any state law claim which may have been brought against them in their official capacities and further assert a claim to all exclusions, limitations, exceptions, and reservations contained in the Texas Tort Claims Act.

18.     Defendants Feazel and Harris would show that the damages or injuries which may be proven by the Plaintiff, if any, were a result of Plaintiff's own misconduct, negligence, and/or intentional acts or omissions.

19.     Defendants Feazel and Harris assert that if any force was used against Plaintiff, such use of force was a privileged use of force.

20.     Defendants Feazel and Harris assert that any claim premised upon the law of negligence will not support a claim of constitutional dimension under 42 U.S.C. § 1983.

21.    Defendants Feazel and Harris assert that this suit is frivolous and without merit, and as

such, Defendants Feazel and Harris are entitled to recover from Plaintiff the amount of

attorney's fees and costs incurred in defending this suit, pursuant to 42 U.S.C. § 1988.

## Jury Demand

22.    Defendants Feazel and Harris demand a jury trial should trial become necessary.

## Conclusion

23.    Defendants Feazel and Harris prays that Plaintiff take nothing and that they be awarded

their costs, and have such other and further relief, general and specific, at law and in equity,

to which they may be justly entitled.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Kimberly L. Kauffman*
**KIMBERLY L. KAUFFMAN**
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24089255
Kimberly.Kauffman@texasattorneygeneral.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Office: (512) 463-2080 / Fax: (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**
**MIZE, RIVERA, FEAZEL, AND HARRIS**

## NOTICE OF ELECTRONIC FILING

I, **KIMBERLY L. KAUFFMAN**, Assistant Attorney General of Texas, do hereby certify

that I have electronically submitted for filing a correct copy of the foregoing **Defendants Feazel**

**and Harris's Amended Answer to Plaintiff's Original Complaint and Jury Demand** in

accordance with the Electronic Case Files system of the USDC - Western District of Texas, on

November 6, 2015.

> */s/ Kimberly L. Kauffman*
> **KIMBERLY L. KAUFFMAN**
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **KIMBERLY L. KAUFFMAN**, Assistant Attorney General of Texas, certify that a true

copy of the above **Defendants Feazel and Harris's Amended Answer to Plaintiff's Original**

**Complaint and Jury Demand** has been served by placing it in the United States Postal Service,

postage prepaid, on November 6, 2015, addressed to:

Ruben C. Ramirez, TDCJ No. 1819361
TDCJ - Polunsky Unit
3872 FM 350 South
Livingston, TX 77351
**Plaintiff Pro Se**

> */s/ Kimberly L. Kauffman*
> **KIMBERLY L. KAUFFMAN**
> Assistant Attorney General