# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Ruben C. Ramirez | § |
| | § CIVIL NO: |
| vs. | § SA:15-CV-00333-RP |
| | § |
| Hurshal Feazel, John Harris, Mariano Rivera, Matthew Mize | § |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in Courtroom 4, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, November 29, 2016 at 09:00 AM**.

IT IS SO ORDERED this 8th day of November, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE